IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | :<br>:<br>: Criminal Action No. |
| v. | : 1:13-CR-0190-SCJ |
| JEFFREY JAMES SMITH, | :<br>: |
| Defendant. | :<br>:<br>: |

### ORDER

This matter is before the Court for consideration of the Report and Recommendation of the Honorable Alan J. Baverman, United States Magistrate [Doc. No. 31], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the opinion and order of this Court.

Accordingly, the Defendant's Motion to Suppress Evidence [Doc. No. 13] is hereby **GRANTED**.

IT IS SO ORDERED, this 15th day of May, 2014.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE